IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HAROLD CRUISE, AIS #0553173, Petitioner, | ) ) ) ) | |
| v. | ) | CIVIL ACTION NO. 16-00602-WS-N |
| NOAH PRICE OLIVER, Respondent. | ) ) ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 12) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated September 8, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Harold Cruise's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction, and that Cruise is **DENIED** a Certificate of Appealability in conjunction with this dismissal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 6th day of October, 2017.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**