IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD CRUISE,<br>AIS #0553173,<br>    Petitioner, | )<br>)<br>)<br>) |
| v. | )    CIVIL ACTION NO. 16-00602-WS-N |
| NOAH PRICE OLIVER,<br>    Respondent. | )<br>)<br>) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Harold Cruise, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**, and that Cruise is not entitled to a Certificate of Appealability.

**DONE** and **ORDERED** this the 6th day of October, 2017.

                                             s/WILLIAM H. STEELE
                                             **UNITED STATES DISTRICT JUDGE**